**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VANESSA WEREKO, in her individual capacity | |
| Plaintiff. | |
| v. | Case No. 22 cv 02177 |
| HON. LORI ROSEN, Associate Judge in Cook County, | Judge Jorge L. Alonso |
| HON. DAVID E. HARACZ, Associate Judge in Cook County, | Magistrate Judge Jeffrey Cole |
| HON. RAUL VEGA, Retired Judge in Cook County, | Demand for Jury Trial |
| HON. MARY S. TREW, Associate Judge in Cook County, | |
| HON. GRACE G. DICKLER, Judge in Cook County, | |
| KATHLEEN P. LIPINSKI, Licensed Court Reporter, | |
| HON. JOSEPH V. SALVI, Associate Judge in Lake County, | |
| HON. TERRENCE J. LAVIN, Appointed Justice in the Appellate Court of Illinois, | |
| HON. MARY ELLEN COGHLAN, Appointed Justice in the Appellate Court of Illinois, | |
| HON. AURELIA MARIE PUCINSKI, Elected Justice in the Appellate Court of Illinois, | |
| SARAH E. INGERSOLL, Assistant Attorney General, | |

`Case: 1:22-cv-02177 Document #: 20 Filed: 05/13/22 Page 2 of 5 PageID #:421`

THERESA A. EAGLESON, Director of the Illinois Department of Healthcare and Family Services,

RICHARD FALEN, Supervisor of Appeals, Illinois Department of Healthcare and Family Services,

EMILY YU, Director of Healthcare Information Management, NorthShore University HealthSystem,

PETER HANNIGAN, Superintendent of Hawthorn School District #73,

PEDRO MARTINEZ, Superintendent of Chicago Public Schools,

RUSSELL CASKEY, Assistant State Attorney,

ROBERT CASELLI, Officer, Vernon Hills Police Dept.,

ADAM BOYD, Officer, Vernon Hills Police Dept.,

TANIA DIMITROVEA, Attorney,

SAFE TRAVELS CHICAGO, LLC, Supervision Service,

MAXINE WEISS-KUNZ, Attorney,

KAREN A. ALTMAN, Attorney,

GARY SCHLESINGER, Attorney,

SHAWN D. BERSSON, Attorney,

TIFFANY MARIE HUGHES, Attorney,

RUSSELL M. REID, Attorney,

CANDACE L. MEYERS, Attorney,

| | |
|---|---|
| MICHAEL P. DOMAN, Attorney, | |
| STACEY E. PLATT, Attorney, | |
| ELIZABETH ULLMAN, Attorney, | |
| ANDREA D. RICE, ATTORNEY, | |
| Defendants. | |

### DEFENDANT PETER HANNIGAN'S MOTION FOR A STAY OF DEADLINE FOR RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT

Defendant, PETER HANNIGAN, by his attorneys, NIKOLETA LAMPRINAKOS and CAROLINE A. ROSELLI, and for his motion to stay time to answer or otherwise plead to Plaintiff's Complaint states as follows:

1. Defendant Peter Hannigan was served with Plaintiff's Complaint on May 9, 2022.

2. Subsequently, Defense counsel was retained to represent the Defendant in this case.

3. This Court entered an order on May 9, 2022 requiring the plaintiff to file a memorandum no later than June 3, 2022, addressing why this Court should not abstain from exercising jurisdiction and dismiss this case in accord with the Seventh Circuit's decision in *J.B. v. Woodard*, 997 F.3d 714, 720-25 (7th Cir. 2021), and the principles and authorities set forth therein. (Dkt. No. 9)

4. Defense Counsel respectfully requests that a responsive pleading deadline be stayed at this time and a new deadline be set, if needed, after the requirements of this

Court's May 9, 2022 order have been met and a decision has been made relating to jurisdiction.

5. No party will be prejudiced by granting this motion.

WHEREFORE, Defendant requests their time for filing a responsive pleading be stayed pending resolution of the Court's May 9, 2022 order and that after that resolution a new deadline for responsive pleadings be set at that time if necessary.

    Respectfully submitted,

    PETER HANNIGAN, Superintendent of Hawthorn School District #73

    By:  s/ Nikoleta Lamprinakos
          Nikoleta Lamprinakos

Nikoleta Lamprinakos (6274018) nlamprinakos@robbins-schwartz.com
Caroline A. Roselli (6279709) croselli@robbins-schwartz.com
ROBBINS, SCHWARTZ, NICHOLAS,
  LIFTON & TAYLOR, LTD.
55 West Monroe, Suite 800
Chicago, Illinois 60603-5144
312.332.7760
312.332.7768 – Facsimile

## CERTIFICATE OF SERVICE BY ELECTRONIC MAILING

    I hereby certify that I electronically filed this **Defendant Peter Hannigan's Motion for A Stay of Deadline for Responsive Pleadings to Plaintiff's Complaint** with the Clerk of the Court using the CM/ECF system on this 13th day of May 2022, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9:

                                              s/ Nikoleta Lamprinakos
                                              Nikoleta Lamprinakos