**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VANESSA WEREKO, in her individual capacity<br><br>Plaintiff.<br><br>v.<br><br>HON. LORI ROSEN, Associate Judge in Cook County,<br><br>HON. DAVID E. HARACZ, Associate Judge in Cook County,<br><br>HON. RAUL VEGA, Retired Judge in Cook County,<br><br>HON. MARY S. TREW, Associate Judge in Cook County,<br><br>HON. GRACE G. DICKLER, Judge in Cook County,<br><br>KATHLEEN P. LIPINSKI, Licensed Court Reporter,<br><br>HON. JOSEPH V. SALVI, Associate Judge in Lake County,<br><br>HON. TERRENCE J. LAVIN, Appointed Justice in the Appellate Court of Illinois,<br><br>HON. MARY ELLEN COGHLAN, Appointed Justice in the Appellate Court of Illinois,<br><br>HON. AURELIA MARIE PUCINSKI, Elected Justice in the Appellate Court of Illinois,<br><br>SARAH E. INGERSOLL, Assistant Attorney General, | Case No. 22 cv 02177<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeffrey Cole<br><br>Demand for Jury Trial |

THERESA A. EAGLESON, Director of the Illinois Department of Healthcare and Family Services,

RICHARD FALEN, Supervisor of Appeals, Illinois Department of Healthcare and Family Services,

EMILY YU, Director of Healthcare Information Management, NorthShore University HealthSystem,

PETER HANNIGAN, Superintendent of Hawthorn School District #73,

PEDRO MARTINEZ, Superintendent of Chicago Public Schools,

RUSSELL CASKEY, Assistant State Attorney,

ROBERT CASELLI, Officer, Vernon Hills Police Dept.,

ADAM BOYD, Officer, Vernon Hills Police Dept.,

TANIA DIMITROVEA, Attorney,

SAFE TRAVELS CHICAGO, LLC, Supervision Service,

MAXINE WEISS-KUNZ, Attorney,

KAREN A. ALTMAN, Attorney,

GARY SCHLESINGER, Attorney,

SHAWN D. BERSSON, Attorney,

TIFFANY MARIE HUGHES, Attorney,

RUSSELL M. REID, Attorney,

CANDACE L. MEYERS, Attorney,

MICHAEL P. DOMAN, Attorney,

STACEY E. PLATT, Attorney,

ELIZABETH ULLMAN, Attorney,

ANDREA D. RICE, ATTORNEY,

            Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Monday, May 23, 2022, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Jorge L. Alonso, or any judge presiding in his stead in Courtroom 1903 and present **DEFENDANT PETER HANNIGAN'S MOTION FOR A STAY OF DEADLINE FOR RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT,** a copy of which is hereby served upon you.

# CERTIFICATE OF SERVICE BY ELECTRONIC MAILING

I hereby certify that I electronically filed this **Notice of Motion** and **Defendant Peter Hannigan's Motion for A Stay of Deadline for Responsive Pleadings to Plaintiff's Complaint,** with the Clerk of the Court using the CM/ECF system on this 13th day of May 2022, which constitutes service on all counsel of record, registered filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9.

    Respectfully submitted,

    PETER HANNIGAN,
    Superintendent of Hawthorn
    School District No. 73

    By:  s/ Nikoleta Lamprinakos
         Nikoleta Lamprinakos

Nikoleta Lamprinakos (6274018)
Caroline A. Roselli (6279709)
ROBBINS, SCHWARTZ, NICHOLAS
 LIFTON & TAYLOR, LTD.
55 West Monroe, Suite 800
Chicago, IL 60603-5144
Telephone (312) 332-7760
Facsimile (312) 332-7768