# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **VANESTA WEREKO**, in her individual capacity )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**HON. LORI ROSEN**, Associate Judge in Cook County, )<br>)<br>**HON. DAVID E. HARACZ**, Associate Judge in Cook )<br>County, )<br>)<br>**HON. RAUL VEGA,** Retired Judge in Cook County, )<br>)<br>**HON. MARY S. TREW**, Associate Judge in Cook County )<br>)<br>**HON. GRACE G. DICKLER**, Judge in Cook County, )<br>)<br>**KATHLEEN P. LIPINSKI**, Licensed Court Reporter, )<br>)<br>**HON. JOSEPH V. SALVI**, Associate Judge in Lake )<br>County, )<br>)<br>**HON. TERRENCE J. LAVIN**, Appointed Justice in the )<br>Appellate Court of Illinois, )<br>)<br>**HON. MARY ELLEN COGHLAN**, Appointed Justice in )<br>the Appellate Court of Illinois, )<br>)<br>**HON. AURELIA MARIE PUCINSKI**, Elected Justice in )<br>the Appellate Court of Illinois, )<br>)<br>**SARAH E. INGERSOLL**, Assistant Attorney General, )<br>)<br>**THERESA A. EAGLESON,** Director of the Illinois )<br>Department of Healthcare and Family Services, )<br>)<br>**RICHARD FALEN,** Supervisor of Appeals, Illinois )<br>Department of Healthcare and Family Services, )<br>)<br>**EMILY YU**, Director of Health Information Management, )<br>NorthShore University HealthSystem, ) | **Case No. 1:22-cv-02177**<br><br>**Judge: ALONSO**<br><br>**Magistrate: COLE**<br><br>**Demand for Jury Trial** |

1

| | |
|---|---|
| **PETER HANNIGAN**, Superintendent of Hawthorn School District #73, ) ) ) | |
| **PEDRO MARTINEZ,** Superintendent of Chicago Public Schools, ) ) ) ) | **Case No. 1:22-cv-2177** |
| **RUSSELL CASKEY**, Assistant State Attorney, ) ) | **Judge: ALONSO** |
| **ROBERT CASELLI**, Officer, Vernon Hills Police Dept. ) ) | **Magistrate: COLE** |
| **ADAM BOYD**, Officer, Vernon Hills Police Dept. ) ) | |
| **TANIA DIMITROVA**, Attorney, ) ) | **Demand for Jury Trial** |
| **BRADLEY R. TROWBRIDGE,** Attorney ) ) | |
| **SAFE TRAVELS CHICAGO, LLC,** Supervision Service ) ) | |
| **MAXINE WEISS-KUNZ**, Attorney, ) ) | |
| **STEWART J. AUSLANDER**, Attorney, ) ) | |
| **KAREN A. ALTMAN**, Attorney, ) ) | |
| **GARY SCHLESINGER**, Attorney, ) ) | |
| **SHAWN D. BERSSON**, Attorney, ) ) | |
| **TIFFANY MARIE HUGHES**, Attorney, ) ) | |
| **RUSSELL M. REID**, Attorney, ) ) | |
| **CANDACE L. MEYERS**, Attorney, ) ) | |
| **MICHAEL P. DOMAN**, Attorney, ) ) | |
| **STACEY E. PLATT**, Attorney, ) ) | |
| **ELIZABETH ULLMAN**, Attorney, ) ) | |
| **ANDREA D. RICE**, Attorney, )  Defendants. | |

2

## **PLAINTIFF'S RESPONSE TO DEFENDANT PETER HANNIGAN'S MOTION FOR A STAY OF DEADLINE FOR RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT**

NOW COMES the Plaintiff VANESSA WEREKO (hereinafter "Vanessa") pursuant to Rule 27(3)(a) of the Federal Rules of Civil Procedure and moves this Court to dismiss the May 13, 2022 filing of "Defendant Peter Hannigan's Motion for a Stay of Deadline for Responsive Pleadings to Plaintiff's Complaint" (ECF 20) in opposition to the same as prejudicial to Vanessa. This motion in opposition is based on the following grounds:

1. On May 11, 2022, Vanessa filed a Motion to Vacate the March 9, 2022 *sua sponte* order of this Court.

2. All parties of record were electronically served Vanessa's May 11, 2022 Motion to Vacate with a service of motion filed on the same day with presentment set for May 25, 2022 at 9:30AM CST before this Court.

3. Two (2) days after Vanessa's Motion to Vacate is filed, noticed and served, Defendant Peter Hannigan files to a "Motion For A Stay of Deadline for Responsive Pleadings To Plaintiff's Complaint" (ECF 20) to stay the deadline of twenty-one (21) days to respond to Vanessa's federal complaint, relying on the same May 9, 2022 *sua sponte* order of this Court and informs "no party will be prejudiced by granting this motion." (ECF 20 ¶ 5)

4. Vanessa, as plaintiff, will be prejudiced by this Court granting Defendant Peter Hannigan's Motion to Stay whiles her motion to vacate the *sua sponte* May 9, 2022 is pending, *inter alia* argued as prejudicial and hazardous to her due process rights, with a follow-on motion by Defendant Peter Hannigan, seeking to capitalize on the same to

3

extend or toll well-established deadlines afforded to all served federal complaints by asserting a reliance on this Court's *sua sponte* order on May 9, 2022.

WHEREFORE, VANESSA WEREKO prays that the May 13, 2022 filed "Defendant Peter Hannigan's Motion For A Stay of Deadline for Responsive Pleadings to Plaintiff's Complaint" be dismissed as prejudicial to Vanessa's pending federal complaint and pleading(s) before this Court including her May 11, 2022 filed Motion to Vacate the May 9, 2022 *sua sponte* order of this Court.

Dated: May 13, 2022                                    RESPECTFULLY SUBMITED:

/s/ Vanessa Wereko
VANESSA WEREKO
675 Lakeview Pkwy #5035
Vernon Hills, IL 60061
Main No.: 847-637-7142
Email: werekovb@me.com

4

## **CERTIFICATE OF SERVICE**

The undersigned certifies pursuant to 28 U.S.C. §1746 that she filed "Plaintiff's Response to Defendant Peter Hannigan's Motion for a Stay of Deadline for Responsive Pleadings to Plaintiff's Complaint" pursuant to Rule 27(3)(a) of the Federal Rules of Civil Procedure using the Clerk of Court's Electronic Case Filing system on May 13, 2022 which provides notification of same to the above-referenced parties of record when there has been an appearance filed.

/s/ Vanessa Wereko

VANESSA WEREKO
675 Lakeview Pkwy #5035
Vernon Hills, IL 60061
Main No.: 847-637-7142
Email: werekovb@me.com