# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION**

| | | |
|---|---|---|
| VANESSA WEREKO, in her individual capacity, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:22-cv-02177 |
| | ) | |
| THE HONORABLE LORI ROSEN, an Associate | ) | |
| Judge in Cook County, Illinois, et al., | ) | Judge Robert Michael Dow, Jr. |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, MAXINE WEISS-KUNZ'S, AFFIDAVIT IN SUPPORT OF HER RESPONSE TO MOTION FOR DEFAULT AND FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Affiant, MAXINE WEISS-KUNZ ("Weiss-Kunz"), under oath and subject to penalties of perjury, in Support of her Response to Plaintiff's Motion for Default and for an Extension of Time to Answer or Otherwise Plead, states as follows:

1. I am over the age of 18 and competent to testify.

2. I have personal knowledge of the facts contained herein.

3. If called as a witness, I would testify consistently and in accordance with the following facts.

4. At approximately 11:00 p.m., on what I presume was May 17, 2022, there was a knock on the front door of my house.

5. Alarmed by the late hour, I went to the window near the door and saw a man holding what appeared to be a fake-looking badge.

6. In response, I shook my head no, and admonished him about waking up the small children in my home.

7. I did not open the front door, nor did I accept any papers.

8. The man then left my residence.

9. The following morning, a copy of the Complaint, without a summons, was laying by the front door. The pleading was not even in an envelope.

10. On or about June 30, 2022, I was informed by another attorney in this matter that a Motion for Default had been filed against me.

11. I was never personally served with a copy of the Summons and Complaint in this matter, nor did anyone at my residence accept service of the Summons and Complaint to the best of my knowledge.

12. After I became aware that Plaintiff had filed a Motion for Default against me, despite not having properly served me, I retained counsel.

**FURTHER AFFIANT SAYETH NAUGHT.**

Dated: July 6, 2022

_____
Maxine Weiss-Kunz

Anthony G. Barone (#6196315)
George J. Manos (#)
Jason W. Jochum (#6315450)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 W. Adams Street, Suite 300
Chicago, Illinois 60661
(312) 345-1718
*Anthony.Barone@lewisbrisbois.com*
*George.Manos@lewisbrisbois.com*
*Jason.Jochum@lewisbrisbois.com*