UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VANESSA WEREKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HON. LORI ROSEN, HON. DAVID E. HARACZ, HON. RAUL VEGA, HON. MARY S. TREW, HON. GRACE G. DICKLER, KATHLEEN P. LIPINSKI, HON. JOSEPH V. SALVI, HON. TERRENCE J. LAVIN, HON. MARY ELLEN COGHLAN, HON. AURELIA MARIE PUCINSKI, SARAH E. INGERSOLL, THERESA A. EAGLESON, RICHARD FALEN, EMILY YU, PETER HANNIGAN, PEDRO MARTINEZ, RUSSELL CASKEY, ROBERT CASELLI, ADAM BOYD, TANIA DIMITROVA, BRADLEY R. TROWBRIDGE, SAFE TRAVELS CHICAGO, LLC, MAXINE WEISS-KUNZ, STEWART J. AUSLANDER, KAREN A. ALTMAN, GARY SCHLESINGER, SHAWN D. BERSSON, TIFFANY MARIE HUGHES, RUSSELL M. REID, CANDACE L. MEYERS, MICHAEL P. DOMAN, STACEY E. PLATT, ELIZABETH ULLMAN, ANDREA D. RICE, | ) Case No. 1:22-cv-02177 <br> ) <br> ) Judge: DOW <br> ) <br> ) Magistrate: COLE |
| Defendants. | ) |

## DEFENDANTS' JOINT INITIAL STATUS REPORT

NOW COME the Defendants HON. LORI ROSEN, HON. DAVID E. HARACZ, HON. RAUL VEGA, HON. MARY S. TREW, HON. GRACE G. DICKLER, KATHLEEN P. LIPINSKI, HON. JOSEPH V. SALVI, HON. TERRENCE J. LAVIN, HON. MARY ELLEN COGHLAN, HON. AURELIA MARIE PUCINSKI, SARAH E. INGERSOLL, THERESA A. EAGLESON, RICHARD FALEN, PETER HANNIGAN, PEDRO MARTINEZ, RUSSELL CASKEY, ROBERT CASELLI, ADAM BOYD, TANIA DIMITROVA, STEWART J. AUSLANDER, GARY SCHLESINGER, SHAWN D. BERSSON, TIFFANY MARIE HUGHES, RUSSELL M. REID, CANDACE L. MEYERS, MICHAEL P. DOMAN, STACEY E. PLATT,

ELIZABETH ULLMAN, ANDREA D. RICE here by submit their Joint Status Report[1] pursuant to this Court's June 1, 2022 Order (ECF 137) and pursuant to this Court's standing order on Initial Status Reports and Conferences to set forth the following:

## I. ATTORNEYS OF RECORD

The names of attorneys expected to try the case, per the appearances on file, are indicated with an asterisk*

**Vanessa Wereko**
675 Lakeview Pkwy #5035
Vernon Hills, Illinois 60061
werekovb@me.com
(*Plaintiff – Pro Se*)

**Mary Alice Johnson***
Illinois Attorney General
100 West Randolph Street
13th Floor,
Chicago, IL 60601
mary.johnston@ilag.gov
(*For: Lori Rose, David E. Haracz, Raul Vega, Mary S. Trew, Grace G. Dickler, Joseph V. Salvi, Terrence J. Lavin, Mary Ellen Coghlan, Aurelia Marie Pucinski, Sarah E. Ingersoll, Kathleen P. Lipinski*)

**Alison Gans Castilo**
Illinois Attorney General's Office
100 West Randolph St,
13th Floor
Chicago, Illinois 60601
Allison.Castillo@illinois.gov
(*For: Theresa A. Eagleson, Richard Falen*)

**Anna Leonard***
Office of the Illinois Attorney General Child Support Enforcement
16 W Cass St. 4th Floor
Joliet, IL 60432
anna.leonard@illinois.gov
(*For: Theresa A. Eagleson, Richard Falen*)

**Nikoleta Lamprinakos***
**Caroline A. Roselli**
Robbins Schwartz Nicholas Lifton & Taylor, Ltd.
55 W. Monroe St. Suite 800,
Chicago, Illinois 60603
nlamprinakos@robbins-schwartz.com
croselli@robbins-schwartz.com
(*For: Peter Hannigan*)

**Elizabeth Kathleen Barton***
Board of Education for the City of Chicago Law Department
1 North Dearborn, St., 900
Chicago, Illinois 60602
ekburton@cps.edu
(*For: Pedro Martinez*)

**Joseph E. Comer***
Barker, Castro & Steinback LLC
303 W. Madison St., Ste 700
Chicago, IL 60606
jcomer@bclawllc.com
(*For: Emily Yu*)

**Daniel E. Brown**
Lake County State's Attorney's Office
18 North County Street,
Waukegan, Illinois 60085
dbrown2@lakecountyil.gov
(*For: Russell Caskey*)

---

[1] Plaintiff unilaterally filed a status report without any input from Defendants on July 7, 2022. (See Dkt 194). Defendants incorporate Plaintiff's version of the joint status report into this Joint Status Report.

**John A. Wall**
**Anthony George Becknek**
**Carmen Peter Forte Jr.**
**James Vincent Ferolo**
Klein, Thorpe and Jenkins, Ltd. Suite 1660,
Chicago, IL 60606
jawall@ktjlaw.com
agbecknek@ktjlaw.com
cpforte@ktjlaw.com

jvferolo@ktjlaw.com
(*For: Robert Caselli and Adam Boyd*)

**Tania Dimitrova**
8 S. Michigan Ave. Ste 1300
Chicago, Il 60603
Email:
tania@dimitrovalaw.com
(*Pro Se*)

**James Robert Studnicka \***
**John Bernard Racenelli**
**Mark George Poulakidas**
**Michael Lewis Abel**
Studnicka & Poulakidas, LLC
2 North Riverside Plaza, Suite 1220,
Chicago, IL 60606
jstudnicka@hskolaw.com
jracanelli@hskolaw.com

mpoulakidas@hskolaw.com
mabel@hskolaw.com
(*For: Stewart J. Auslander*)

**Thomas P. McGarry**
**Katherine Georgia Schnake**
**Gilberto Gonzalez**
Hinshaw & Culbertson LLP
151 N. Franklin, Suite 2500
Chicago, IL 60606
tmcgarry@hinshawlaw.com
ggonzalez@hinshawlaw.com
kschnake@hinshawlaw.com
(*For: Shawn D. Bersson*)

**Thomas James Long**
**Amanda Jo Hamilton**
Konicek & Dillon, P.C.,
21 West State Street,
Geneva, IL 60134
sheila@konicekdillonlaw.com
amanda@konicekdillonlaw.com
(*For: Gary Schlesinger*)

**Amy L. Anderson \***
**Thomas A. Doggett**
Brenner, Monroe, Scott & Anderson, Ltd.
120 N. LaSalle St., Ste. 2100
Chicago, IL 60602
aanderson@brennerlawfirm.com
tdoggett@brennerlawfim.com
(*For: Tiffany Marie Hughes*)

**John Duffy \***
**Margaret Claudia**
**Paige Catherine Goldberg**
Swanson, Martin, & Bell
330 N. Wabash Suite 3300
Chicago, IL 60611
jduffy@smbtrials.com
mredshaw@smbtrials.com
pgoldberg@smbtrials.com
(*For: Russell M. Reid, Stacey E. Platt, Elizabeth Ullman*)

**Matthew David Elster \***
Redshaw Beermann LLP
161 N Clark,, Suite 3000
Chicago, IL 60601
mdelster@beermannlaw.com
(*For: Candace L. Meyers*)

**Matthew James Egan \***
**Brendan John Nelligan \***
**Kayla Ann Condeni**
Pretzel & Stouffer, Chtd.
One South Wacker Dr, Ste 2500
Chicago, IL 60606-4673
megan@pretzel-stouffer.com
bnelligan@pretzel-stouffer.com
kcondeni@pretzel-stouffer.com
(*For: Michael P. Doman*)

**James D. Tunick \***
650 N. Dearborn, Suite 700
Chicago, IL 60654
jamestunick@gmail.com
(*For: Andrea D. Rice*)

## II. THE ALLEGED BASIS FOR FEDERAL JURISDICTION

Plaintiff: 42 U.S.C. § 1983, 42 U.S.C. § 1985, 28 U.S.C. §1343, 28 U.S.C. §1343

## III. THE NATURE OF THE CLAIMS ASSERTED IN THE COMPLAINT AND ANY COUNTERCLAIM

Plaintiff: Prospective Declaratory Relief for A Conspiracy to Interfere with Civil Rights that Caused and Continues to Cause Constitutional Violations of the I, V, and XIV Amendments. (Counts I, II, IV, V); Prospective Injunctive Relief to Enjoin Defendants from Further Such Acts (Count III, IV); Compensatory Relief for Costs and Damages (Count VI)

Defendants[2]: No counterclaim was filed by any defendant.

## IV. THE NAME OF THE PARTY WHO/WHICH HAS NOT BEEN SERVED

Plaintiff: All thirty (34) named defendants were served by May 20, 2022; three (3) defendants waived service/ filed an appearance prior to service. (ECF 58, 97, 116)

## V. THE PRINCIPAL LEGAL ISSUES

Plaintiff: Pursuant to defendants' motions to dismiss on file, the principal legal issues they present are federal jurisdiction, viability of claims and defendants' immunity from suit.

Defendants: Defendants have asserted the following legal issues in their respective motions to dismiss: (1) lack of subject matter jurisdiction under rule 12(b)(1) based on lack of federal question, the domestic relations exceptions, the *Younger* abstention doctrine, the Rooker-Feldman doctrine, and general principles of federal abstention; (2) failure to state a claim under rule 12(b)(6); (3) bar of Plaintiff's claims under the statute of limitations; (4) qualified immunity and absolute prosecutorial, litigation, judicial, and statutory immunity; and (5) dismissal for its failure to be clear and concise pursuant to rule 8(a).

---

[2] Given the similarity of claims and legal issues imposed against defendant, the defendants collectively answer this status report.

## VI. THE PRINCIPAL FACTUAL ISSUES

Plaintiff: There are no principal factual issues; discovery is expected to cure any that may exist.

Defendants: Defendants contest the factual allegations in the Complaint as well as the amount and the basis for the compensatory damages asserted by Plaintiff.

## VII. JURY TRIAL DEMANDED BY ANY PARTY

Plaintiff: Demanded a jury trial upon filing the Complaint. (ECF 1,7)

## VIII. BRIEF DESCRIPTION OF ANY DISCOVERY

Plaintiff: No discovery initiated; twenty-seven (27) defendants timely filed motions to dismiss the complaint, two (2) defendants filed late after a motion for default was served and two (2) defendants did not file a response, The remaining three (3) defendants did not file an appearance.

Defendants: Defendants state that the planning and initiation of discovery would be premature at this time given the number of motions to dismiss filed to this Court, which are dispositive.

## IX. EARLIEST ASCERTAINABLE DATE FOR A TRIAL

Plaintiff: Briefing schedule, as set forth by this Court on June 1, 2022 (ECF 137) informs that the earliest ascertainable date for trial is after August 17, 2022. Eighteen (18) defendants are currently in receipt of responses to their motions to dismiss; responses for the remaining nine (9) who timely filed is anticipated to be complete by July 27, 2022, in compliance to this Court's order. Seven (7) motions for default are pending adjudication.

Defendants: Defendants state that the planning of a trial date would be premature at this time given the number of motions to dismiss filed to this Court, which are dispositive.

## X. WHETHER THE PARTIES CONSENT TO UNANIMOUSLY PROCEED BEFORE A MAGISTRATE JUDGE

Plaintiff: Since all defendants who elected to respond to the Complaint ask for dismissal, no discussion has been initiated to attempt consent on proceeding before a magistrate judge.

Defendants: Defendants do not consent to proceeding before a Magistrate Judge.

### XI. THE STATUS OF ANY SETTLEMENT DISCUSSION

Plaintiff: None has been initiated.

Defendants: Defendants state that the planning of any settlement discussion would be premature at this time given the number of motions to dismiss filed to this Court, which are dispositive.

### XII. WHETHER THE PARTIES REQUEST A SETTLEMENT CONFERENCE

Plaintiff: The possibility of settlement has not been initiated; lack of resolution of the legal issues (See ¶ V herein) precludes settlement.

Defendants: Defendants do not request a settlement conference at this time.

Dated: July 11, 2022

                                                    Respectfully submitted,
                                                  HINSHAW & CULBERTSON LLP

                                                  /s/Katherine G. Schnake
                                                  One of the Attorneys for Shawn D. Bersson

Thomas P. McGarry
tmcgarry@hinshawlaw.com
Katherine G. Schnake
kschnake@hinshawlaw.com
Gilberto Gonzalez
ggonzalez@hinshawlaw.com
Hinshaw & Culbertson LLP
151 N. Franklin, Suite 2500
Chicago, IL 60606
312-704-3000

# CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, I electronically filed the above pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: <u>s/Katherine G. Schnake</u>
Katherine G. Schnake
State Bar No. 6306934
Attorneys for Shawn D. Berrsson
HINSHAW & CULBERTSON LLP
151 North Franklin, Suite 2500
Chicago, IL 60606
tel: 312-704-3000
fax: 312-704-3001
kschnake@hinshawlaw.com
