IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VANESSA WEREKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:22-cv-2177 |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| HON. LORI ROSEN, et al., | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

**DEFENDANT, MICHAEL DOMAN'S RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION TO ENJOIN DEFENDANTS FROM TAMPERING WITH, ALTERING, OR DELETING DISCOVERABLE RECORDS FROM CALENDAR YEAR 2015 TO 2022**

Defendant, Michael Doman, responds as follows to plaintiff's motion for a temporary restraining order/preliminary injunction to enjoin the defendants from tampering with, altering, or deleting discoverable records from calendar year 2015 to 2022:

Defendant Michael Doman denies that he has tampered with, altered, or deleted any discoverable records related to this matter from the calendar year 2015 to 2022. This defendant further states that he will not take any actions to tamper with, destroy, or alter any records in the scope of the factual allegations of the Complaint, from calendar year 2015 to 2022, including any official public records of state actions referenced in the Complaint, from the state circuit courts to the Illinois Appellate Court to the Illinois Supreme Court. As such, injunctive relief is not necessary, and plaintiff's motion (ECF No. 226) should be denied.

Respectfully submitted,

By: *Matthew J. Egan*

Matthew J. Egan (IL Bar No. 6182765)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7432
Fax: (312) 346-8242
E-Mail: megan@pretzel-stouffer.com
*One of the Attorneys for Michael P. Doman*

## CERTIFICATE OF SERVICE

The undersigned certifies that Defendant's **Response to Plaintiff's Emergency Motion for a Temporary Restraining Order/Preliminary Injunction to Enjoin Defendants From Tampering With, Altering, or /Deleting Discoverable Records From Calendar Year 2015 to 2022** was filed electronically this __15th__ day of **August, 2022**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

| | |
|---|---|
| *Plaintiff*<br>Vanessa Wereko<br>675 Lakeview Parkway, #5035<br>Vernon Hills, IL 60061<br>847-637-7142<br>werekovb@me.com | *Counsel for Chicago Public Schools*<br>Elizabeth Kathleen Barton<br>Board of Education for the City of Chicago<br>Law Department<br>1 North Dearborn Street, Suite 900<br>Chicago, IL 60602<br>773-553-5935<br>ekbarton@cps.edu |
| *Counsel for Candace L. Meyers*<br>Matthew David Elster Beermann, LLP<br>161 N Clark Street<br>Suite 3000<br>Chicago, IL 60601<br>(312) 621-1232<br>mdelster@beermannlaw.com | *Counsel for Russell M. Reid, Elizabeth Ullman and Stacey E. Platt,*<br>John Duffy<br>Paige C. Goldberg<br>Margaret Claudia Redshaw<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash Avenue<br>Ste 3300<br>Chicago, IL 60611<br>312-222-8574<br>jduffy@smbtrials.com<br>pgoldberg@smbtrials.com<br>mredshaw@smbtrials.com |
| *Counsel for Peter Hannigan*<br>Nikoleta Lamprinakos<br>Caroline A. Roselli<br>Robbins Schwartz Nicholas<br>Lifton & Taylor LTD | *Counsel for Raul Vega, Terrence J. Lavin, Aurelia M. Pucinski, Mary Ellen Coghlan, Joseph V. Salvi, David E. Haracz, Hon. Lori Rosen, Mary S. Trew, Grace G. Dickler, Kathleen P. Lipinski and Sarah E. Ingersoll* |

| | |
|---|---|
| 55 West Monroe Street<br>Suite 800<br>Chicago, IL 60603<br>312-332-7760<br>nlamprinakos@robbins-schwartz.com<br>croselli@robbins-schwartz.com | Mary Alice Johnston<br>Anna M. Leonard<br>Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, IL 60601<br>(312)814-4417<br>mary.johnston@ilag.gov<br>HFS.AG.Chicago@illinois.gov |
| ***Counsel for Richard Falen and Theresa Eagleson of Illinois Department of Healthcare and Family Services***<br>Allison G. Castillo<br>Illinois Attorney General<br>100 W. Randolph, 13th Floor<br>Chicago, IL 60601<br>(312)814-3819<br>Allison.Castillo@illinois.gov | ***Counsel for Gary Schlesinger***<br>Thomas James Long<br>Amanda J. Hamilton<br>Konicek & Dillon, P.C.<br>21 West State Street<br>Geneva, IL 60134<br>(630) 262-9655<br>sheila@konicekdillonlaw.com<br>amanda@konicekdillonlaw.com |
| ***Counsel for Officer Robert Caselli Vernon Hills Police Department***<br>Allen Wall<br>Anthony G. Becknek<br>James V. Ferola<br>Carmen P. Forte, Jr.<br>James V. Ferolo<br>Klein, Thope and Jenkins, Ltd.<br>20 N. Wacker Drive<br>Suite 1660<br>Chicago, IL 60606<br>312-984-6400<br>jawall@ktjlaw.com<br>agbecknek@ktjlaw.com<br>jvferolo@ktjlaw.com<br>cpforte@ktjlaw.com<br>jvferolo@ktjlaw.com | ***Counsel for Shawn D. Bersson***<br>Katherine G. Schnake<br>Thomas P. McGarry<br>Gilberto Gonzalez<br>Hinshaw & Culbertson, LLP<br>151 N. Franklin, Suite 2500<br>Chicago, IL 60606<br>312-704-3000<br>kschnake@hinshawlaw.com,<br>ggonzalez@hinshawlaw.com<br>tmcgarry@hinshawlaw.com |
| ***Counsel for Russell Caskey***<br>Daniel E. Brown<br>Karen D. Fox<br>Lake County State's Attorney's Office<br>18 N. County Street<br>Waukegan, IL 60085<br>847-377-3000<br>Dbrown2@lakecountyil.gov<br>Kfox@lakecountyil..gov | ***Tania Dimitrova – Pro Se Litigant***<br>Tiana Dimitrova<br>8 S. Michigan<br>Suite 1300<br>Chicago, IL 60603<br>312-488-9529<br>taina@dimitrovalaw.com |

| | |
|---|---|
| ***Counsel for Stewart J. Auslander***<br>James R. Studnicka<br>Mark G. Poulakidas<br>Michael L. Abel<br>John B. Racanelli<br>Studnicka & Poulakidas, LLC<br>2 N. Riverside Plaza, Suite 1220<br>Chicago, IL 60606<br>312-676-7052<br>jstudnicka@hskolaw.com<br>mpoulakidas@hskolaw.com<br>mabel@hskolaw.com<br>jracanelli@hskolaw.com | ***Counsel for Tiffany Marie Hughes***<br>Amy L. Anderson<br>Thomas A. Doggett<br>Brenner, Monroe, Scott & Anderson, Ltd<br>120 N. LaSalle St., Suite 2100<br>Chicago, IL 60602<br>312-924-7501<br>aanderson@brennerlawfirm.com<br>tdoggett@brennerlawfirm.com |
| ***Counsel for Andrea Rice***<br>James D. Tunick<br>Law Office of James D. Tunick<br>650 N. Dearborn St., Suite 700<br>Chicago, IL 60654<br>773-425-1657<br>jamestunick@gmail.com | ***Counsel for Emily Yu***<br>Joseph E. Comer<br>Barker, Castro & Steinback, LLC<br>303 W. Madison St., Suite 700<br>Chicago, IL 60606<br>312-932-2548<br>jcomer@bclawllc.com |
| ***Counsel for Maxine Weiss-Kunz***<br>Anthony G. Barone<br>Jason W. Jochum<br>George J. Manos<br>Lewis Brisbois Bisgaard & Smith, LLP<br>550 W. Adams Street, Suite 300<br>Chicago, IL 60661<br>312-345-1718<br>Anthony.Barone@lewisbrisbois.com<br>Jason.Jochum@lewisbrisbois.com<br>George.Manos@lewisbrisbois.com | |

 s/ Matthew J. Egan
Matthew J. Egan (IL Bar No. 6182765)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7432
Fax: (312) 346-8242
E-Mail: megan@pretzel-stouffer.com
***One of the Attorneys for Michael P. Doman***