IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| VANESSA WEREKO, in her individual capacity, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:22-cv-02177 ) |
| THE HONORABLE LORI ROSEN, an Associate Judge in Cook County, Illinois, et al., | ) ) Judge Robert Michael Dow, Jr. ) |
| Defendants. | ) ) |

**DEFENDANT, MAXINE WEISS KUNZ'S, RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR ISSUANCE OF A PRELIMINARY INJUNCTION**

NOW COMES the Defendant, MAXINE WEISS KUNZ (hereinafter "Weiss Kunz"), by and through her attorneys, LEWIS BRISBOIS BISGAARD & SMITH, LLP, and for her Response to Plaintiff's Emergency Motion for a Temporary Restraining Order/Preliminary Injunction to Enjoin Defendants from Tampering with, Altering, or Deleting Discoverable Records from Calendar Year 2015 to 2022 pursuant to Fed. R. Civ. P. 65, states as follows:

1. Weiss Kunz is one of thirty-four named Defendants in this matter. Weiss Kunz is a family law attorney that represented Plaintiff's ex-husband in the underlying divorce cases from April 2015 until September 2015, and again from July 2016 through February 15, 2017. *See* ECF Dkt. No. 1 at ¶¶22, 77.

2. On August 4, 2022, Weiss Kunz filed her Combined Motion to Dismiss and Memorandum in Support. *See* ECF Dkt. Nos. 221, 222.

3. On August 7, 2022, Plaintiff filed an Emergency Motion for a Temporary Restraining Order/Preliminary Injunction to Enjoin Defendants from Tampering with, Altering, or Deleting Discoverable Records from Calendar Year 2015 to 2022 (the "Motion") pursuant to Fed. R. Civ. P. 65. In the Motion, Plaintiff seeks a preliminary injunction requiring all named

Defendants in this matter to preserve records that may be relevant to this litigation. *See* ECF Dkt. No. 227.

4. On August 8, 2022 this Court entered an order concerning the Motion. *See* ECF Dkt. No. 229. With respect to records or documents that were not part of the record in the state cases, the Court stated, "all parties to litigation have an obligation to preserve records that may be relevant to ongoing litigation" and that "the Court believes that Defendants understand and will adhere to that obligation [to preserve evidence] without any need for a court order to direct the parties to comply with the rules and the case law."

5. Weiss Kunz is a licensed attorney that primarily practices in family law, and is familiar with a party's obligation to preserve documents and records that may be relevant to ongoing litigation.

6. Weiss Kunz denies that Plaintiff is entitled to any of the relief sought in the Motion, and therefore, opposes it. Notwithstanding, Weiss Kunz affirmatively states that she will not tamper with, destroy or alter any records in the scope of the factual allegations of the Complaint, from the Calendar year 2015 to 2022, as suggested by the Court.

7. This affirmative statement is also made subject to Weiss Kunz's explicit reservation of the right to deny that any document in Weiss Kunz's possession are otherwise relevant or discoverable in this matter.

WHEREFORE, Defendant, MAXINE WEISS KUNZ, respectfully requests that this Honorable Court enter an Order denying Plaintiff's Emergency Motion for a Temporary Restraining Order/Preliminary Injunction to Enjoin Defendants from Tampering with, Altering, or Deleting Discoverable Records from Calendar Year 2015 to 2022, *with prejudice*, and for such other and further relief this Court deems equitable and just.

                                                      Respectfully Submitted,
                                                      **MAXINE WEISS KUNZ**

                                      By:   /s/ *George J. Manos*
                                                     One of Her Attorneys

Anthony G. Barone (#6196315)
George J. Manos (#6193694)
Jason W. Jochum (#6315450)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 W. Adams Street, Suite 300
Chicago, Illinois 60661
(312) 345-1718
*Anthony.Barone@lewisbrisbois.com*
*George.Manos@lewisbrisbois.com*
*Jason.Jochum@lewisbrisbois.com*

# CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2022, I served a true and correct copy of the foregoing DEFENDANT, MAXINE WEISS KUNZ'S, RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION TO ENJOIN DEFENDANTS FROM TAMPERING WITH, ALTERING, OR DELETING DISCOVERABLE RECORDS FROM CALENDAR YEAR 2015 TO 2022, upon the following via the ECF Docket:

Vanessa Wereko
675 Lakeview Parkway
Vernon Hills, Illinois 60061
*werekovb@me.com*

Michael Lewis Abel
Studnicka & Poulakidas, LLC
2 N. Riverside Plaza, Suite 1220
Chicago, IL 60606
*mabel@hskolaw.com*

Amy Lynn Anderson
Brenner, Monroe, Scott Anderson
120 N LaSalle St., Suite 2100
Chicago, IL 60602
*aanderson@brennerlawfirm.com*

Elizabeth Kathleen Barton
Board of Education for the City of Chicago, Law Department
1 North Dearborn Street, Suite 900
Chicago, IL 60602
*ekbarton@cps.edu*

John A. Wall
Anthony George Becknek
James Vincent Ferolo
Carmen Peter Forte, Jr.
Klein, Thorpe & Jenkins Ltd.
20 N. Wacker Drive, Suite 1660
Chicago, IL 60606
*jawall@ktjlaw.com*
*agbecknek@ktjlaw.com*
*jvferolo@ktjlaw.com*
*cpforte@ktjlaw.com*

Allison Gans Castillo
Illinois Attorney General's Office
100 W. Randolph, 13th Floor

4867-8783-2874.3      4

Chicago, IL 60601
*Allison.Castillo@illinois.gov*
Joseph E Comer
Barker, Castro, Kuban & Steinback LLC
303 W. Madison Street, Suite 700
Chicago, IL 60606
*jcomer@bclawllc.com*

Kayla Ann Condeni
Matthew James Egan
Brendan Nelligan
Pretzel & Stouffer, Chartered
One S. Wacker, Suite 2500
Chicago, IL 60606
*kcondeni@pretzel-stouffer.com*
*megan@pretzel-stouffer.com*
*bnelligan@pretzel-stouffer.com*

Thomas Arthur Doggett
Brenner, Monroe, Scott & Anderson, Ltd.
120 N LaSalle St., Suite 2100
Chicago, IL 60602
*tdoggett@brennerlawfirm.com*

John Duffy
Paige Catherine Goldberg
Margaret Redshaw
Swanson, Martin & Bell, LLP
330 N. Wabash Avenue, Ste 3300
Chicago, IL 60611
312-222-8574
*jduffy@smbtrials.com*
*pgoldberg@smbtrials.com*
*mredshaw@smbtrials.com*

Thomas P. McGarry
Katherine Schnake
Gilberto Gonzalez
Hinshaw & Culbertson, LLP
151 N Franklin St, Suite 2500
Chicago, IL 60606
*ggonzalez@hinshawlaw.com*
*tmcgarry@hinshawlaw.com*
*kschnake@hinshawlaw.com*

.

Thomas Long
Amanda Jo Hamilton
Konicek & Dillon, P.C.
21 W. State Street
Geneva, IL 60134
*amanda@konicekdillonlaw.com*
*sheila@konicekdillonlaw.com*

Nikoleta Lamprinakos
Caroline Roselli
Robbins Schwartz Nicholas Lifton & Taylor LTD
55 West Monroe Street, Suite 800
Chicago, IL 60603
*nlamprinakos@robbins-schwartz.com*
*croselli@robbins-schwartz.com*

James D. Tunick
Law Offices of James D. Tunick
650 N. Dearborn St, Suite 700
Chicago, IL 60654
*jamestunick@gmail.com*

/s/ *Mary Fuentes*

4867-8783-2874.3

6