# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **VANESSA WEREKO**, in her individual capacity <br> Plaintiff, <br><br> vs. <br><br> **HON. LORI ROSEN**, Associate Judge in Cook County, <br><br> **HON. DAVID E. HARACZ**, Associate Judge in Cook County, <br><br> **HON. RAUL VEGA,** Retired Judge in Cook County, <br><br> **HON. MARY S. TREW**, Associate Judge in Cook County <br><br> **HON. GRACE G. DICKLER**, Judge in Cook County, <br><br> **KATHLEEN P. LIPINSKI**, Licensed Court Reporter, <br><br> **HON. JOSEPH V. SALVI**, Associate Judge in Lake County, <br><br> **HON. TERRENCE J. LAVIN**, Appointed Justice in the Appellate Court of Illinois, <br><br> **HON. MARY ELLEN COGHLAN**, Appointed Justice in the Appellate Court of Illinois, <br><br> **HON. AURELIA MARIE PUCINSKI**, Elected Justice in the Appellate Court of Illinois, <br><br> **SARAH E. INGERSOLL**, Assistant Attorney General, <br><br> **THERESA A. EAGLESON,** Director of the Illinois Department of Healthcare and Family Services, <br><br> **RICHARD FALEN,** Supervisor of Appeals, Illinois Department of Healthcare and Family Services, <br><br> **EMILY YU**, Director of Health Information Management, NorthShore University HealthSystem, | Case No. 1:22-cv-02177 <br><br> **Judge: DOW** <br><br> **Magistrate: COLE** <br><br> **Demand for Jury Trial** |

1

| | |
|---|---|
| **PETER HANNIGAN**, Superintendent of Hawthorn School District #73, | ) ) ) |
| | ) **Case No. 1:22-cv-02177** |
| **PEDRO MARTINEZ,** Superintendent of Chicago Public Schools, | ) ) ) |
| | ) **Judge: DOW** |
| **RUSSELL CASKEY**, Assistant State Attorney, | ) ) |
| | ) **Magistrate: COLE** |
| **ROBERT CASELLI**, Officer, Vernon Hills Police Dept. | ) ) |
| | ) |
| **ADAM BOYD**, Officer, Vernon Hills Police Dept. | ) **Demand for Jury Trial** |
| | ) |
| **TANIA DIMITROVA**, Attorney, | ) ) |
| | ) |
| **BRADLEY R. TROWBRIDGE,** Attorney | ) ) |
| | ) |
| **SAFE TRAVELS CHICAGO, LLC,** Supervision Service | ) ) |
| | ) |
| **MAXINE WEISS-KUNZ**, Attorney, | ) ) |
| | ) |
| **STEWART J. AUSLANDER**, Attorney, | ) ) |
| | ) |
| **KAREN A. ALTMAN**, Attorney, | ) ) |
| | ) |
| **GARY SCHLESINGER**, Attorney, | ) ) |
| | ) |
| **SHAWN D. BERSSON**, Attorney, | ) ) |
| | ) |
| **TIFFANY MARIE HUGHES**, Attorney, | ) ) |
| | ) |
| **RUSSELL M. REID**, Attorney, | ) ) |
| | ) |
| **CANDACE L. MEYERS**, Attorney, | ) ) |
| | ) |
| **MICHAEL P. DOMAN**, Attorney, | ) ) |
| | ) |
| **STACEY E. PLATT**, Attorney, | ) ) |
| | ) |
| **ELIZABETH ULLMAN**, Attorney, | ) ) |
| | ) |
| **ANDREA D. RICE**, Attorney,    Defendants. | |

2

**AFFIDAVIT IN SUPPORT OF RESPONSE IN OPPOSTION TO DEFENDANTS BRADLEY R. TROWBRIDGE AND SAFE TRAVELS CHICAGO, LLC's MOTION TO QUASH SERVICE OF PROCESS AND VACATE THE DEFAULT ORDER**

I, VANESSA WEREKO, being duly sworn states as follows:

1. I am over the age of 18 and under no disability that would prevent me from testifying to the facts which are the subject of this affidavit.

2. I am the Plaintiff in Case No. 1:22-cv-02177 in the US District Court in Northern Illinois.

3. I filed the Verified Complaint in Case No. 1:22-cv-02177 on April 27, 2022.

4. On February 25, 2022 circa 11:00AM CST, I was present in public state court proceedings before Lori Rosen with Bradley R. Trowbridge present for his client, Chicago Police Officer Brian Okrasinski (Case No. 2013 D 175004), requesting a status and hearing date, then set for March 28 2022 at 9:45AM. I directly witnessed Bradley R. Trowbridge as a mature "white" man, in his mid to late fifties with "white" hair and wearing glasses.

5. The images, Exhibit 1(a) on page 4 of this affidavit, from public sources in calendar year 2022 are true and correct copies of images of the Bradley R. Trowbridge who I witnessed.

6. The Certified Mail Receipts with tracking numbers 7021 2720 0001 6630 3147 and 7021 2720 0001 6630 3130, Exhibit 1(b) on page 5 of this affidavit, are true and correct copies of the certified mail receipts provided by the United States Postal Service in the city of Vernon Hills, Illinois on June 30, 2022 at 4:38 PM CST on mailing the Motion for Entry of an Order of Default to Bradley R. Trowbridge and to Safe Travels Chicago, LLC at undisputed service address 3257 North Sheffield Ave., Suite 104, Chicago, Illinois 60657.

Pursuant to 28 U.S.C. § 1746, I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 5, 2022

/s/ Vanessa Wereko
**VANESSA WEREKO**
675 Lakeview Pkwy #5035
Vernon Hills, IL 60061
Main No.: 847-637-7142
Email: werekovb@me.com

3

**EXHIBIT 1(a)**



*https://www.windycitytimes.com/lgbt/ELECTIONS-Judicial-candidate-Brad-Trowbridge-on-a-repeat-run-objectivity-Kyle-Rittenhouse-/73437.html, https://twitter.com, https://www.instagram.com, http://www.facebook.com*

4

**EXHIBIT 1(b)**




5