IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| G.P., A MINOR; J.P A MINOR AND VANESSA WEREKO, IN HER INDIVIDUAL CAPACITY AND AS MOTHER AND NEXT FRIEND G.P. AND J.P<br>Plaintiff/Petitioner<br><br>vs.<br><br>THE HON. DAVID E HARACZ, ASSOCIATE JUDGE OF THE CIRCUIT COURT OF COOK COUNTY, AND IN HIS OFFICIAL CAPACITY; BRADLEY R. TROWBRIDGE, EXECUTIVE DIRECT OF SAFE TRAVELS CHICAGO LLC. ATTORNEY AT LAW<br>Defendant/Respondent | Case No.: 1:21-CV-01167<br><br>AFFIDAVIT OF NON-SERVICE OF SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT FOR DECLARATORY, INJUNCTIVE AND COMPENSATORY RELIEF |

I, **Robert Clarke**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered private detective or a registered employee of a private detective agency, License No. 129-357340, located at 633 Yesler Way, Seattle, WA 98104.

On the **22nd day of March, 2021 at 10:11 AM**, I, Robert Clarke, NON-SERVED BRADLEY R. TROWBRIDGE, SAFE TRAVELS CHICAGO, LLC.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **3257 N Sheffield Ave. Suite 104, Chicago, Cook County, IL 60657**, I have been unable to effect process upon the person/entity being served due to the following reason(s):
**3/15/2021 10:42 AM: No access to subject's door - secured building: called available phones, call box. Residency indicated by subject resides per property manager/landlord. I called the business and left a message. No one was at the business
Location.
3/16/2021 9:46 AM: No access to subject's door - secured building: called available phones, call box.
3/17/2021 10:26 AM: No access to subject's door - secured building: called available phones, call box. I have tried to call the office but it always goes straight to voicemail. There has not been a call back from the defendant.
3/18/2021 11:50 AM: No access to subject's door - secured building: called available phones, call box. I believe this is not being utilized by the business. The phone number goes straight to voicemail every time.
3/22/2021 10:11 AM: No access to subject's door - secured building: called available phones, call box. Business not being used.**

Service Fee Total: **$67.50**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of NonService are true and correct.

NAME: _[signature]_     129-357340     03/24/2021
Robert Clarke     Server ID #     Date


REF: **REF-7585406**

Page 1 of 1
Tracking #: **0067051782**


IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| G.P MINOR; J.P A MINOR AND VANESSA WEREKO, IN HER INDIVIDUAL CAPACITY AND AS MOTHER AND NEXT FRIEND FOR G.P. AND J.P<br>Plaintiff/Petitioner<br>vs.<br>THE HON. DAVID E HARACZ, ASSOCIATE JUDGE OF THE CIRCUIT COURT OF COOK COUNTY IN HIS OFFICIAL CAPACITY<br>Defendant/Respondent | Case No.: 1:21-CV-01167<br><br>AFFIDAVIT OF SERVICE OF SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT FOR DECLARATORY, INJUNCTIVE AND COMPENSATORY RELIEF |

I, Brian Riebel, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered employee of ABC Legal Services, Inc. 633 Yesler Way Seattle, WA 98104 License No 117-001765.

On the 12th day of March, 2021 at 1:37 PM, I, Brian Riebel, SERVED THE HON. DAVID E HARACZ, ASSOCIATE JUDGE OF THE CIRCUIT COURT OF COOK COUNTY IN HIS OFFICIAL CAPACITY at The Richard Daley Center, 50 W. Washington St. Courtroom 3001, Chicago, Cook County, IL 60602 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering 1 copy(ies) of the above listed documents to the named Corporation, by serving Eric (refused last name) - Receptionist For Office Of Chief Judge Timothy Evans (designated Acceptor Of Service For Judges), on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: AUTHORIZED TO ACCEPT SERVICE FOR OFFICE , who accepted service with direct delivery, a brown-haired white male approx. 18-25 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.

Service Fee Total: $85.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

| NAME: _____ | 115-002394 | 3/12/21 |
|---|---|---|
| Brian Riebel | Server ID # | Date |

REF: REF-7585404

Page 1 of 1
Tracking #: 0066552347