# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **VANESSA WEREKO**, in her individual capacity <br>    Plaintiff, <br><br> vs. <br><br> **HON. LORI ROSEN**, Associate Judge in Cook County, <br><br> **HON. DAVID E. HARACZ**, Associate Judge in Cook County, <br><br> **HON. RAUL VEGA,** Retired Judge in Cook County, <br><br> **HON. MARY S. TREW**, Associate Judge in Cook County <br><br> **HON. GRACE G. DICKLER**, Judge in Cook County, <br><br> **KATHLEEN P. LIPINSKI**, Licensed Court Reporter, <br><br> **HON. JOSEPH V. SALVI**, Associate Judge in Lake County, <br><br> **HON. TERRENCE J. LAVIN**, Appointed Justice in the Appellate Court of Illinois, <br><br> **HON. MARY ELLEN COGHLAN**, Appointed Justice in the Appellate Court of Illinois, <br><br> **HON. AURELIA MARIE PUCINSKI**, Elected Justice in the Appellate Court of Illinois, <br><br> **SARAH E. INGERSOLL**, Assistant Attorney General, <br><br> **THERESA A. EAGLESON,** Director of the Illinois Department of Healthcare and Family Services, <br><br> **RICHARD FALEN,** Supervisor of Appeals, Illinois Department of Healthcare and Family Services, <br><br> **EMILY YU**, Director of Health Information Management, NorthShore University HealthSystem, | Case No. 1:22-cv-02177 <br><br> Judge: DURKIN <br><br> Magistrate: COLE <br><br> **Demand for Jury Trial** |

1

| | |
|---|---|
| **PETER HANNIGAN**, Superintendent of Hawthorn School District #73, ) ) ) | |
| **PEDRO MARTINEZ,** Superintendent of Chicago Public Schools, ) ) ) ) | Case No. 1:22-cv-02177 |
| **RUSSELL CASKEY**, Assistant State Attorney, ) ) | **Judge: DURKIN** |
| **ROBERT CASELLI**, Officer, Vernon Hills Police Dept. ) ) | **Magistrate: COLE** |
| **ADAM BOYD**, Officer, Vernon Hills Police Dept. ) ) | |
| **TANIA DIMITROVA**, Attorney, ) ) | **Demand for Jury Trial** |
| **BRADLEY R. TROWBRIDGE,** Attorney ) ) | |
| **SAFE TRAVELS CHICAGO, LLC,** Supervision Service ) ) | |
| **MAXINE WEISS-KUNZ**, Attorney, ) ) | |
| **STEWART J. AUSLANDER**, Attorney, ) ) | |
| **KAREN A. ALTMAN**, Attorney, ) ) | |
| **GARY SCHLESINGER**, Attorney, ) ) | |
| **SHAWN D. BERSSON**, Attorney, ) ) | |
| **TIFFANY MARIE HUGHES**, Attorney, ) ) | |
| **RUSSELL M. REID**, Attorney, ) ) | |
| **CANDACE L. MEYERS**, Attorney, ) ) | |
| **MICHAEL P. DOMAN**, Attorney, ) ) | |
| **STACEY E. PLATT**, Attorney, ) ) | |
| **ELIZABETH ULLMAN**, Attorney, ) ) | |
| **ANDREA D. RICE**, Attorney,    Defendants. ) | |

2

## **PLAINTIFFS-APPELLANTS DOCKETING STATEMENT**

Plaintiff VANESSA WEREKO ("Plaintiff" or "Vanessa"), pursuant to Circuit Court Rule 3(c)(1) and the District Court's minute entry orders entered on November 28, 2022 and November 30, 2022, hereby respectfully submits the following as its Docketing Statement:

1. **District Court Jurisdiction**

The district court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal questions) and 28 U.S.C. § 1343 (civil rights) with Plaintiff raising claims against named defendants pursuant to 42 U.S.C. §§ 1983, 1985, 1986, 1988. [Dist. Ct. Doc. 1, Dist. Ct. Doc. 7]

II. **Appellate Jurisdiction**

This court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1292(a)(1) because Plaintiff is appealing from interlocutory orders of the district court relative to an injunction. [Dist. Ct. Doc. 289, Dist. Ct. Doc. 290 and Dist. Ct. Doc. 305].

On August 6, 2022, Plaintiff filed an Emergency Motion for a Preliminary Injunction [Dist. Ct. Doc. 226] with an affidavit and exhibits of tampering with public state case records germane to the factual basis of Plaintiff's claims. The district court chose not to rule on the emergency request pending responses from defendants to address the "alleged irregularities" of tampered records claiming lack of knowledge of how state courts maintain their records to require responses by defendants by August 15, 2022 and a reply from Plaintiff by August 22, 2022 in order to rule. [Dist. Ct. Doc 229]. On August 16, 2022, Plaintiff timely filed a reply to those defendants who responded without addressing the alleged tampered public case records to request an evidentiary hearing. [Dist. Ct. Doc. 241]. On November 28, 2022, the district court denied Plaintiff's motion

3

to vacate the fourth, unjustified extension of time in the case and address of the still pending Emergency Motion for a Preliminary Injunction [Dist. Ct. Doc. 289]. The district court proceeded to deny the Emergency Motion for a Preliminary Injunction [Dist. Ct. Doc. 290] in disregard of Plaintiff's timely reply [Dist. Ct. Doc. 241] then entered a *sua sponte* extension of time to December 5, 2022 for those defendants who failed to respond by August 15, 2022 to instruct them to agree not to tamper with records to preclude any evidentiary hearing relative to allegations of tampered state case records in Plaintiff's motion. On November 29, 2022, Plaintiff filed a Motion to Vacate or Reconsider [Dist. Ct. Doc. 300], noticed for presentment on December 5, 2022 [Dist. Ct. Doc. 302]; the district court *sua sponte* denied the same on November 30, 2022. [Dist. Ct. Doc. 305] Plaintiffs timely filed the notice of appeal in the district court. *See* Fed. R. App. P. 4(a)(1)(A).

As set forth in its notice of appeal, Plaintiff seeks review of the district court's interlocutory orders on November 28, 2022 and the subsequent November 30, 2022 *sua sponte* dismissal/denial of Plaintiff's Motion to Vacate and Reconsider Pursuant to Fed.R.Civ.P.59 and Fed.R.Civ.P.60 relative to the same Emergency Motion for a Preliminary Injunction filed on August 6, 2022.

### III.  Appeal from a Final Judgment

As noted above, this is an appeal from interlocutory minute entry orders for an injunction. No final judgment has been entered in the matter. This appeal is pursued by Plaintiff as a matter of right pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Circuit Rule 3(c).

### IV.  No Prior or Related Appellate Proceedings

There is no prior, related, or collateral appellate proceedings in relation to this case.

V.    **Additional Requirements of Circuit Rule 3(c)(1)**

This is a civil case that does not involve any criminal convictions. No designations under 28 U.S.C. § 1915(g) are relevant in this case. This case does not involve a collateral attack on a criminal conviction.

DATED:  November 30, 2022                    Respectfully Submitted,

                                             /s/ Vanessa Wereko
                              BY; _____
                                             VANESSA WEREKO
                                             675 Lakeview Pkwy #5035
                                             Vernon Hills, IL 60061
                                             Main No.: 847-637-7142
                                             Email: werekovb@me.com

### CERTIFICATE OF SERVICE

The undersigned certifies pursuant to 28 U.S.C. §1746 that a copy of this docketing statement and referenced Docketing Statement were filed using the Clerk of Court's Electronic Case Filing system on **November 30, 2022**, which provides notification of same to the above-referenced parties when there has been an appearance filed and as set forth below:

**Vanessa Wereko**
675 Lakeview Pkwy #5035
Vernon Hills, IL 60061
werekovb@me.com
(*Plaintiff - Pro Se*)

**Mary Alice Johnston**
Illinois Attorney General
100 West Randolph Street
13th Floor,
Chicago, IL 60601
mary.johnston@ilag.gov
(*For: Lori Rosen, David E. Haracz, Raul Vega, Mary S. Trew, Grace G. Dickler, Joseph V. Salvi, Terrence J. Lavin, Mary Ellen Coghlan, Aurelia Marie Pucinski, Sarah E. Ingersoll, Kathleen P. Lipinski*)

**Alison Gans Castilo**
Illinois Attorney General's Office
100 West Randolph St,
13th Floor
Chicago, IL 60601
Allison.Castillo@illinois.gov
(*For: Theresa A. Eagleson, Richard Falen*)

**Anna Leonard**
Office of the Illinois Attorney General
Child Support Enforcement
16 W Cass St. 4th Floor
Joliet, IL 60432
anna.leonard@illinois.gov
(*For: Theresa A. Eagleson, Richard Falen*)

**Nikoleta Lamprinakos**
**Caroline A. Roselli**
Robbins Schwartz Nicholas Lifton & Taylor, Ltd.
55 W. Monroe St. Suite 800,
Chicago, IL 60603
nlamprinakos@robbins-schwartz.com
croselli@robbins-schwartz.com
(*For: Peter Hannigan*)

5

**Elizabeth Kathleen Barton**
Board of Education for the City of Chicago Law Department
1 North Dearborn St., 900
Chicago, IL 60602
ekbarton@cps.edu
(*For: Pedro Martinez*)

**Joseph E. Comer**
Barker, Castro & Steinback, LLC
303 W. Madison St., Ste 700
Chicago, IL 60606
jcomer@bclawllc.com
(*For: Emily Yu*)

**Daniel E. Brown**
**Karen Denise Fox**
Lake County State's Attorney's Office
18 North County Street,
Waukegan, IL 60085
dbrown2@lakecountyil.gov
kfox@lakecountyil.gov
(*For: Russell Caskey*)

**John A. Wall**
**Anthony George Becknek**
**Carmen Peter Forte Jr.**
**James Vincent Ferolo**
Klein, Thorpe and Jenkins, Ltd. Suite 1660,
Chicago, IL 60606
jawall@ktjlaw.com
agbecknek@ktjlaw.com
cpforte@ktjlaw.com
jvferolo@ktjlaw.com
(*For: Robert Caselli and Adam Boyd*)

**John Duffy**
**Margaret Claudia Redshaw**
**Paige Catherine Goldberg**
Swanson, Martin, & Bell
330 N. Wabash Suite 3300
Chicago, IL 60611
jduffy@smbtrials.com
mredshaw@smbtrials.com
pgoldberg@smbtrials.com
(*For: Russell M. Reid, Stacey E. Platt, Elizabeth Ullman*)

**James Robert Studnicka**
**John Bernard Racenelli**
**Mark George Poulakidas**
**Michael Lewis Abel**
Studnicka & Poulakidas, LLC
2 North Riverside Plaza, Suite 1220,
Chicago, IL 60606
jstudnicka@hskolaw.com
jracanelli@hskolaw.com
mpoulakidas@hskolaw.com
mabel@hskolaw.com
(*For: Stewart J. Auslander*)

**Thomas P. McGarry**
**Gilberto Gonzalez**
**Katherine Georgia Schnake**
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
tmcgarry@hinshawlaw.com
ggonzalez@hinshawlaw.com
kschnake@hinshawlaw.com
(*For: Shawn D. Bersson*)

**Thomas James Long**
**Amanda Jo Hamilton**
Konicek & Dillon, P.C.,
21 West State Street,
Geneva, IL 60134
sheila@konicekdillonlaw.com
amanda@konicekdillonlaw.com
(*For: Gary Schlesinger*)

**Amy L. Anderson**
**Thomas A. Doggett**
Brenner, Monroe, Scott & Anderson, Ltd.
120 N. LaSalle St., Ste. 2100
Chicago, IL 60602
aanderson@brennerlawfirm.com
tdoggett@brennerlawfirm.com
(*For: Tiffany Marie Hughes*)

**Tania Dimitrova**
8 S. Michigan Ave. Ste 1300
Chicago, Il 60603
Email:
tania@dimitrovalaw.com
(*Pro Se*)

**Matthew David Elster**
Beerman LLP
161 N Clark Street, Suite 3000
Chicago, IL 60601
mdelster@beermannlaw.com
(*For: Candace L. Meyers*)

**Matthew James Egan**
**Brendan John Nelligan**
**Kayla Ann Condeni**
Pretzel & Stouffer, Chtd.
One South Wacker Dr, Ste 2500
Chicago, IL 60606-4673
megan@pretzel-stouffer.com
bnelligan@pretzel-stouffer.com
kcondeni@pretzel-stouffer.com
(*For: Michael P. Doman*)

| | | |
|---|---|---|
| **James D. Tunick**<br>650 N. Dearborn St., Suite 700<br>Chicago, IL 60654<br>jamestunick@gmail.com<br>(*For: Andrea D. Rice*) | **Anthony G. Barrone**<br>**Jason W. Jochum**<br>**George J. Manos**<br>Lewis Brisbois Bisgaard & Smith, LLP<br>550 W. Adams St., Suite 300<br>Chicago, IL 60661<br>Anothony.Barone@lewisbrisbois.com<br>Jason.Jochum@lewisbrisbois.com<br>George.Manos@lewisbrisbois.com<br>(*For: Maxine Weiss-Kunz*) | **Karen A. Altman**<br>Collins Family Law, LLC<br>196 E. Westminster Avenue<br>Lake Forest, IL 60045<br>kaltman@collinsfamilylawllc.com<br>(*Pro Se*) |
| **Paige M. Neel**<br>**Daniel L. Polsby**<br>Clausen Miller, P.C.<br>10 S. LaSalle Street,<br>Chicago, IL 60603-1098<br>pneel@clausen.com<br>dpolsby@clausen.com<br>(*For: Bradley R. Trowbridge,*<br>*Safe Travels Chicago, LLC*) | | |

Executed On: November 30, 2022          /s/ Vanessa Wereko

VANESSA WEREKO
PO Box 5035,
Vernon Hills, IL 60061
Email: werekovb@me.com
Phone: 847-637-7142