**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Vanessa Wereko, | ) | |
| | ) | Case No. 1:22-cv-2177 |
| Plaintiff, | ) | |
| | ) | The Honorable Robert M. Dow |
| v. | ) | |
| | ) | |
| Rosen, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT PEDRO MARTINEZ'S PRESERVATION STATEMENT

Defendant Chief Executive Officer of Chicago Public Schools Pedro Martinez ("CEO Martinez") agrees not to take any actions to tamper with, destroy or alter any records in the scope of the factual allegations of the Complaint, from calendar year 2015 to 2022, including any official public records of state actions referenced in the Complaint, from the state circuit courts to the state appellate court to the state supreme court.

Dated: December 5, 2022

Respectfully Submitted,

**DEFENDANT PEDRO MARTINEZ**

**JOSEPH MORIARTY**, General Counsel

By: /s/ Lindsey E. Goldberg
Lindsey E. Goldberg, Atty No. 6299874

Elizabeth K. Barton / ekbarton@cps.edu
Lindsey E. Goldberg / legoldberg@cps.edu
Board of Education of the City of Chicago
One North Dearborn Street
Law Department, Suite 900
Chicago, Illinois 60602
Tel: (773) 553-1700
Fax: (773) 553-1701

## <u>CERTIFICATE OF SERVICE</u>

        I, Lindsey E. Goldberg, hereby certify that I served the attached Defendant Pedro Martinez's Preservation Statement on counsel of record via the Court's CM-ECF E-Filing on December 5, 2022.

                      By:      <u>/s/ Lindsey E. Goldberg</u>
                                Lindsey E. Goldberg, Atty No. 6299874